1  Kristina Hovsepyan (Cal. Bar. No. 340674)
2  kristina.hovsepyan@wbd-us.com
3  **WOMBLE BOND DICKINSON (US) LLP**
   50 California Street, Suite 2750
4  San Francisco, CA 94111
5  Tel. (415) 765 6227

6  *Attorney for Third Party*
7  *Kevin Murray*

8
9
10              UNITED STATES DISTRICT COURT
11           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12  ECHOSENS, S.A.                  | Case No: **'26 CV 829   RBM JLB**
13
              Plaintiff,            | **THIRD PARTY KEVIN**
14                                  | **MURREY'S MOTION TO QUASH**
         v.                         | **SUBPOENA AND FOR**
15                                  | **PROTECTIVE ORDER**
16  E-SCOPICS S.A.S.,
17
              Defendant.
18

19      Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Third
20  Party Kevin Murrey ("Kevin Murrey" or "Mr. Murrey"), by and through counsel,
21  files this Motion to Quash the Subpoena served by Plaintiff Echosens, S.A.
22  ("Echosens" or "Plaintiff") in the above captioned case.  For the reasons further
23  discussed in Mr. Murrey's Memorandum of Law, the Subpoena must be quashed as
24  it subjects Mr. Murrey to an undue burden, seeks the production of documents and
25  testimony cumulative to that which can be obtained via party discovery, seeks
26
27                                   1
28  **MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER FROM THIRD
                       PARTY KEVIN MURREY**

material unrelated to the instant litigation, and appears to have been issued for vindictive and improper purpose.

Pursuant to Local Rule 7.1(a)(2), counsel for Mr. Murrey and counsel for Plaintiff met and conferred regarding the subject of this Motion on February 9, 2026. Counsel for Plaintiff confirmed that Plaintiff opposed the motion.

WHEREFORE Third Party Kevin Murrey respectfully request that the Court grant his Motion to Quash, quash the Subpoena, and enter any such other and further relief as the Court deems just and proper.

Dated: February 10, 2026         Respectfully Submitted By:

*s/ Kristina Hovsepyan*
Kristina Hovsepyan (Cal. Bar. No. 340674)
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel. (415) 765 6227
kristina.hovsepyan@wbd-us.com

Susan Krumplitsch (Cal. Bar. No. 241016)
**WOMBLE BOND DICKINSON (US) LLP**
1279 Oakmead Parkway
Sunnyvale, CA 94085
Tel. (408) 720 3402
susan.krumplitsch@wbd-us.com

John B. ("Ben") Bourke
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel. (415) 433 1900
Ben.bourke@wbd-us.com

**MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER FROM THIRD PARTY KEVIN MURREY**

John McDermott
**WOMBLE BOND DICKINSON (US) LLP**
2001 K Street NW, Suite 400
Washington, DC 20006
Telephone: (202) 857 4411
john.mcdermott@wbd-us.com

Tracy Block
**DLA PIPER (US) LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel. 212.335.4733
Tracy.Block@dlapiper.com

Meera Midha
**DLA PIPER (US) LLP**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3000
meera.midha@us.dlapiper.com

**3**

**MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER FROM THIRD PARTY KEVIN MURREY**